IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.

★ MAY 0 4 2005 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSEPH OLADELE ANJORIN,

                    Plaintiff,

   -against-


COUNTY OF NASSAU, et al.,



                    Defendants.
------------------------------------------------------------------X

           JUDGMENT
          01-CV- 7303 (NGG)

       An Order of Honorable Nicholas G. Garaufis, United States District Judge, having

been filed on April 29, 2005, dismissing the case without prejudice for failure to prosecute;

it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and

that judgment is hereby entered dismissing the case without prejudice for failure to prosecute.


Dated: Brooklyn, New York
      May 02, 2005

                         s/Robert C. Heinemann
                         ROBERT C. HEINEMANN
                         Clerk of Court