UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------

JOSEPH OLADELE ANJORIN,

                              Plaintiff,

**ORDER OF DISCONTINUANCE**

        v.

CV-01-7303 (NGG)

COUNTY OF NASSAU, et al.,

                              Defendants.

-----------------------------------------------------------------------------

GARAUFIS, J.

It having been reported to the Court that the above action has been settled, it is ORDERED that the action is hereby discontinued, without prejudice to the right to reopen the action if the settlement is not consummated.

                                              SO ORDERED.

                                              _____
                                              NICHOLAS G. GARAUFIS, U.S.D.J.

DATED:     Brooklyn, N.Y.
                 June 20, 2005